**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**DYLAN KEENAN,**

**Plaintiff,**

**v.** **1:25-CV-1670 (FJS/DJS)**

**AMANDA LEFTON, Commissioner, New York State Department of Environmental Conservation; THE NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION; JONATHAN BINDER, DEC Deputy Commissioner for Climate Change, Air Resources, and Energy; MARLINE AGNEW, Director, DEC Human Resources; MARK CADRETTE, Director, DEC Office of Employee Relations; CHRISTOPHER LALONE, Director, Division of Air Resources; MARGARET LAFARR, Assistant Director, DEC Division of Air Resources; MICHAEL CRONIN, Director, DEC Division of Air Resources; MARK LANZAFAME, Supervisor, DEC Division of Air Resources; MICHAEL EMERY, Regional Engineer, DEC Region 9; and CHERYL WEBSTER, Regional Air Pollution Control Engineer, DEC Region 9,**

**Defendants.**

---

| **APPEARANCES** | **OF COUNSEL** |
| --- | --- |
| **OLIVER, OLIVER LAW FIRM**<br>156 Madison Avenue<br>Albany, New York 12202<br>Attorneys for Plaintiff | **LEWIS B. OLIVER, JR.** |

**SCULLIN, Senior Judge**

**ORDER**

In his Notice of Motion, Plaintiff states that he is seeking "[d]ismissal of the summons and complaint pursuant to FRCP 4(m) and General Order 25(III)(a) without prejudice to refiling at a later date;" and "[w]ithdrawal of Lewis B. Oliver, Jr., Esq., the Oliver Law Office[,] as counsel representing plaintiff Dylan Keenan in this action pursuant to Local Rule 11.1[.]" *See* Dkt. No. 7, Notice of Motion.[1]

Having reviewed Plaintiff's submissions and the applicable law, the Court hereby

**ORDERS** that Plaintiff's motion to dismiss the complaint in this action is **GRANTED without prejudice to refiling at a later date**; and the Court further

**ORDERS** that attorney Lewis Oliver's motion to withdraw as counsel for Plaintiff, with Plaintiff's consent, is **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: February 12, 2026
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge

[1] As set forth in the affidavit of Attorney Oliver, Plaintiff filed the complaint in this action on December 1, 2025. *See* Dkt. No. 7-1, Affidavit of Lewis B. Oliver, at ¶ 3; *see also* Dkt. No. 1. Attorney Oliver further states that, "[a]fter filing the complaint and issuance of summonses by the office of the Clerk, plaintiff Keenan changed his mind about moving forward with the action at this time and instructed [his attorney Lewis B. Oliver] not to serve the summons and complaint on the defendants, and therefore the defendants have not been served with the summons and complaint." *See* Dkt. No. 7-1 at ¶ 5.